DAVID G. HALM, ESQ., SBN: 179957
David.Halm@qpwblaw.com
QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
500 N. Brand Boulevard, Suite 1650
Glendale, California  91203
Telephone: 213.486.0048
Facsimile:  213.486.0049

Attorneys for Defendant TARGET CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| VIVIAN TORRES, an individual;<br><br>    Plaintiff,<br><br>          vs.<br><br>TARGET CORPORATION, and DOES 1 to 100 Inclusive,<br><br>    Defendants. | Case No. 2:19-cv-09349-MCS-JC<br><br>**NOTICE OF SETTLEMENT**<br><br>State Court Action Filed:  July 12, 2019<br>Removal Date:  October 30, 2019<br><br>Final Pre-Trial Conference:  October 18, 2021, 2:00 p.m.<br>Trial Date:  October 26, 2021, 8:30 a.m. |

TO THE HONORABLE COURT:

   Notice is hereby given that Plaintiff VIVIAN TORRES ("Plaintiff") and Defendant TARGET CORPORATION (and with Plaintiff, the "Parties") have reached a settlement of each of Plaintiff's claims asserted in this lawsuit.  The Parties anticipate the settlement will be finalized within the next 45 days.  The Parties respectfully request that the Court vacate all upcoming motion, hearing, pretrial and trial dates and deadlines pending finalization of the settlement.

///

///

///

NOTICE OF SETTLEMENT

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Dated: September 22, 2021 | ADAMSON AHDOOT LLP |
| 4 | | */s/ Armineh Yousefian* |
| 5 | | By: Armineh Yousefian, Esq.<br>Attorneys for Plaintiff VIVIAN TORRES |
| 7 | Dated: September 22, 2021 | QUINTAIROS, PRIETO, WOOD & BOYER, P.A. |
| 9 | | */s/ David G. Halm* |
| 10 | | By: David G. Halm, Esq.<br>Attorneys for Defendant TARGET CORPORATION |

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

**PROOF OF SERVICE**

I am a citizen of the United States. My business address is Quintairos, Prieto, Wood & Boyer, P.A., 500 North Brand Boulevard, Suite 1650, Glendale, California 91320. I am employed in the County of Los Angeles where this service occurs. I am over the age of 18 years, and not a party to the within cause.

On the date set forth below, according to ordinary business practice, I served the foregoing document(s) described as:

**NOTICE OF SETTLEMENT**

☒ (BY CM/ECF) I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants (if any) indicated on the Manual Notice list.

☒ (BY E-MAIL) On this date, I personally transmitted the foregoing document(s) via electronic mail to the e-mail address(es) of the person(s) on the attached service list.

☐ **(BY MAIL)** I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business. On this date, I placed the document(s) in envelopes addressed to the person(s) on the attached service list and sealed and placed the envelopes for collection and mailing following ordinary business practices.

Christopher B. Adamson, Esq.
christopher@aa-llp.com
Alan Ahdoot, Esq.
alan@aa-llp.com
Federico Sayre, Esq.
federico@aa-llp.com
Armineh Yousefian, Esq.
Armineh@aa-llp.com
ADAMSON AHDOOT LLP
1150 S. Robertson Blvd.
Los Angeles, CA 90035
Telephone: 310.888.0024
Facsimile: 888.895.4665
Attorneys for Plaintiff VIVIAN TORRES

☐ **(BY PERSONAL SERVICE)** On this date, I delivered by hand envelope(s) containing the document(s) to the persons(s) on the attached service list.

2
NOTICE OF SETTLEMENT

☐ (BY OVERNIGHT DELIVERY) On this date, I placed the documents in envelope(s) addressed to the person(s) on the attached service list, and caused those envelopes to be delivered to an overnight delivery carrier, with delivery fees provided for, for next-business-day delivery to whom it is to be served.

☒ (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 22, 2021 at Glendale, California.

                                          */s/ Liseth Gonzalez*
                                          Liseth Gonzalez